UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-60912-BB

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,

vs.

POINT CONVERSIONS, LLC, et. al.,

    Supplemental Defendants.

_____/

## REPORT AND RECOMMENDATION ON KENNETH FERGUSON'S RENEWED MOTION TO WITHDRAW AS COUNSEL [ECF No. 237]

Kenneth Ferguson moves to withdraw as counsel for Point Conversions, LLC. He also moves to set aside defaults entered against himself and Point Conversions. *See* ECF Nos. 198, 201.

1. *Withdrawal As Counsel*

Mr. Ferguson asserts that his status as a supplemental defendant creates a conflict of interest that precludes him from continuing to represent Point Conversions. He previously moved to withdraw. ECF No. 185. The Court denied that motion because it failed to provide a current mailing address for Point Conversions. ECF No. 186. The renewed motion cures this defect. Plaintiff does not oppose Mr. Ferguson withdrawing. I therefore RECOMMEND that the motion be granted insofar as Mr. Ferguson seeks withdraw as counsel for Point Conversions. I further RECOMMEND that Point Conversions be ordered to obtain new counsel on

or before August 1, 2022. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel").

  *2. Set Aside Defaults*

I take under advisement the requests to set aside the defaults. Choice Hotels filed its response to the motion on July 20. ECF No. 253. To afford Point Conversions time to find new counsel and reply to the response, I will extend the time for filing reply pleadings. On or before August 8, 2022, at 5:00 p.m. Eastern time, Mr. Ferguson and Point Conversions may file their replies in support of setting aside the defaults.

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court:

1. Grant leave for Mr. Ferguson to withdraw as counsel for Point Conversions, LLC.

2. Order Point Conversions to obtain new counsel on or before August 1, 2022.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Beth Bloom, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being

served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 22nd day of July 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE