UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60912-BLOOM/Valle

TROPICAL PARADISE RESORTS, LLC, d/b/a
RODEWAY INN & SUITES, a Florida Limited
Liability Company,

    Plaintiff,

v.

JBSHBM, LLC, a Florida Limited Liability
Company, and POINT CONVERSIONS, LLC, a
Delaware Limited Liability Company,

    Defendants.
_____

POINT CONVERSIONS, LLC, a Delaware
Limited Liability Company,

    Counterclaim Plaintiff,

v.

TROPICAL PARADISE RESORTS, LLC,
d/b/a RODEWAY INN & SUITES, a Florida Limited
Liability Company, and CHOICE HOTELS
INTERNATIONAL, INC., a Maryland Corporation,

    Counterclaim Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS AND GRANTING MOTION TO STAY**

**THIS CAUSE** is before the Court upon Kenneth Ferguson's ("Ferguson") Renewed Motion to Withdraw as Counsel and Motion to Vacate the Judgments/Orders Referenced, ECF No. [237] ("Motion to Withdraw"), filed on June 20, 2022. The Motion to Withdraw was previously referred to Magistrate Judge Bruce E. Reinhart for a Report and Recommendations ("R&R"). *See* ECF No. [245]. On July 22, 2022, the Magistrate Judge issued an R&R

recommending that the Motion to Withdraw be granted with respect to Ferguson's request to withdraw as counsel for Point Conversions, LLC ("PC") and taking under advisement the request to set aside the defaults until PC obtains new counsel. ECF No. [254]. The R&R states that the parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. at 2-3. The R&R also states that if the parties do not intend to file objections, they shall file a notice advising the Court within five (5) days of the date of service of a copy of the R&R. *Id.* at 3.

On July 25, 2022, Choice Hotels International Inc. ("Choice") filed an Agreed Motion for Temporary Stay Pending Global Settlement, ECF No. [255] ("Motion to Stay"), indicating that Choice, PC, JBSHBM LLC ("JBSHBM"), Brian Buchheit ("Buchheit"), Sean McGhie ("McGhie"), John Hanson ("Hanson"), and AMD Equities LLC ("AMD") have agreed to a global settlement in principle and seeking a stay of the action. Ferguson opposes the relief requested.

The Court has conducted a *de novo* review of the R&R, the Motions, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds that the R&R is well reasoned and correct, and that a stay is warranted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [254]**, is **ADOPTED**.
2. The Motion to Withdraw, **ECF No. [237]**, is **GRANTED IN PART**.
    a. Kenneth Ferguson and the law firm of Ferguson Law P.A. ("FLPA") are relieved from any further responsibilities in the representation of PC in this matter.

    b. The Clerk of Court is directed to **TERMINATE** Kenneth Ferguson and FLPA as counsel of record for PC.

    c. All associated papers and pleadings shall be served upon PC at its last known addresses per counsel's representation in the Motion to Withdraw:

> Point Conversions LLC, a/k/a Point Conversion LLC
> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801
> New Castle County

    d. The request to set aside the defaults against PC and Ferguson is **DENIED WITHOUT PREJUDICE**. Ferguson and PC may file a renewed motion seeking to set aside the default if necessary.

3. The Motion to Stay, **ECF No. [225]**, is **GRANTED**.

4. This case, including all pending deadlines, shall be **STAYED** until **September 12, 2022**, at which time the parties shall advise the Court of the status of settlement and whether this case should proceed.

5. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

6. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 28, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-60912-BLOOM/Valle

Copies to:

Counsel of Record

Point Conversions LLC, a/k/a Point Conversion LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
New Castle County